JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA SCOTT,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>COMPASSUS OF CALIFORNIA, LLC, and DOES 1 through 100, inclusive,<br><br>　　　　　Defendant. | Case No. 8:19-cv-00057 AG (DFMx)<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>Complaint Filed: November 30, 2018 |

**ORDER**

The Court has reviewed the Joint Stipulation for Dismissal of Entire Action with Prejudice (the "Stipulation") filed by Plaintiff Christina Scott and Defendant FC COMPASSUS, LLC (erroneously sued as COMPASSUS OF CALIFORNIA, LLC):

IT IS HEREBY ORDERED that the entire action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: January 15, 2020

HON. ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE